UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

-vs-                                                    Case No.  5:04-cr-19-Oc-10GRJ

PAMELA G. STAAKE
_____/

**O R D E R**

This case is before the Court on limited remand from the Eleventh Circuit for a factual determination of the date on which the Defendant delivered her notice of appeal to prison officials for forwarding to this Court. The United States Magistrate Judge has issued a report (Doc. 293) recommending that the Eleventh Circuit be advised that the Defendant's notice of appeal was delivered to prison officials for forwarding on May 15, 2006, 110 days after the entry of judgment.  The Defendant has not objected to the report and recommendation of the Magistrate Judge, and the time for objecting has elapsed.

Upon due consideration and upon an independent examination of the file, it is ordered that the report and recommendation of the Magistrate Judge (Doc. 293) is adopted, confirmed, and made a part of this Order.  The Defendant's notice of appeal was untimely, since it was filed more than forty (40) days after the entry of judgment, and the Court need not examine the reasons for the untimely filing.

The Clerk is directed to forthwith send a copy of this Order and a copy of the report of the Magistrate Judge to the Clerk of the United States Court of Appeals.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 21st day of September, 2006.

UNITED STATES DISTRICT JUDGE

Copies to:   United States Attorney
             United States Marshal
             United States Probation Office
             U.S. Pretrial Services Office
             Counsel of Record
             Maurya McSheehy, Courtroom Deputy